**DAVID H. ANGELI**, OSB No. 020244
  david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB No. 115730
  kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:   (503) 227-0880

Attorney for Defendant Geoffrey S. Walsh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:13-cr-00332-KI |
| Plaintiff, | **DEFENDANT GEOFFREY S. WALSH'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** |
| vs. | |
| GEOFFREY S. WALSH, | |
| Defendant. | |

## UNOPPOSED MOTION

Defendant Geoffrey S. Walsh, through his counsel, David H. Angeli and Kristen L. Tranetzki, respectfully moves this Court for an order continuing the scheduled sentencing date of March 14, 2016, for a period no less than ninety (90) days.  This is the second request for a continuance of the sentencing date.  This request is not made for the purpose of undue delay.  The grounds for this request are set forth more fully in the accompanying declaration of counsel.

PAGE 1 –   DEFENDANT GEOFFREY S. WALSH'S UNOPPOSED MOTION TO
             CONTINUE SENTENCING DATE

Assistant United States Attorneys Claire Fay and Michelle Kerin do not oppose this request. Trial for co-defendant Gregory Walsh is scheduled to commence on May 2, 2016.

DATED: March 1, 2016.

>Respectfully submitted,
>
>s/ *David Angeli*
>DAVID ANGELI, OSB No. 020244
>(503) 954-2232
>Attorney for Defendant Geoffrey S. Walsh

PAGE 2 –   DEFENDANT GEOFFREY S. WALSH'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE